UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODUM USA, INC.,

                    Plaintiff,

         -against-

METROPOLITAN TEA COMPANY, LTD.,

                    Defendant.

Case No.



RECEIVED
AUG 22 2007
U.S.D.C. S.D. N.Y.
CASHIERS

## BODUM USA, INC.'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Bodum USA, Inc. ("Bodum") certifies that Bodum is a corporation organized under the laws of the State of Delaware and that its corporate parent is Bodum Form Aps.  Peter Bodum A/S is the corporate parent of the latter.  There is no publicly held corporation that owns ten percent (10%) or more of the stock of Bodum.

Dated:  August 22, 2007
        New York, New York

                              VEDDER, PRICE, KAUFMAN &
                              KAMMHOLZ, P.C.

                              By: _____
                                  John H. Eickemeyer (JE-8302)
                                  Marie A. Tieri (MT-0910)

                              1633 Broadway, 47th Floor
                              New York, New York 10019
                              Telephone:  (212) 407-7700
                              Facsimile:  (212) 407-7799

David E. Bennett
Chad A. Schiefelbein
Jared C. Jodrey
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
Telephone:  (312) 609-7500
Facsimile:  (312) 609-5005

*Attorneys for Plaintiff*
BODUM USA, INC.