UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BODUM USA, INC.,<br><br>   *Plaintiff*,<br><br>v.<br><br>METROPOLITAN TEA COMPANY, LTD.,<br><br>   *Defendants*. | Case No. 07-CIV-7455 (DLC)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please, enter my appearance as counsel in this case for Defendant Metropolitan Tea Company, Ltd.

I certify that I am admitted to practice in this Court.


Date: November 19, 2007               JENNER& BLOCK LLP
                                                By: s/ Elizabeth Valentina
                                                Elizabeth Valentina (EV4345)
                                                919 Third Avenue
                                                New York, New York 10022
                                                (212) 891-1600
                                                (212) 891-1699

                                                *Counsel for Defendant,*
                                                *Metropolitan Tea Company, Ltd.*

13488

## CERTIFICATE OF SERVICE

      I hereby certify that on November 19, 2007 I served the foregoing **Notice of Appearance of Elizabeth Valentina** upon the following counsel in the following manners:

**VIA USPS First Class Mail, E-Mail, and the ECF System:**

*Chad A. Schiefelbein*
*David Edmund Bennett*
*Jared Christian Jodrey*
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601
(312) 609-7500
Fax: (312) 609-5005
Email: cschiefelbein@vedderprice.com
Email: dbennett@vedderprice.com
Email: jjodrey@vedderprice.com

*Marie Anne Tieri*
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
(212) 407-7700
Fax: (212) 407-7799
Email: mtieri@vedderprice.com

**VIA USPS First Class Mail and E-Mail:**

*John H. Eickmeyer*
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th floor
New York, NY 10019
(212) 407-7700
Fax: (212) 407-7799

*Attorneys for Plaintiff.*

                                            Respectfully submitted,

                                            **Metropolitan Tea Company, Ltd.**

                                            s/ Elizabeth Valentina
                                            *Attorney for Defendant.*