UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BODUM USA, INC.,<br><br>  *Plaintiff*,<br><br>v.<br><br>METROPOLITAN TEA COMPANY, LTD.,<br><br>  *Defendants*. | Case No. 07-CIV-7455 (DLC)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Metropolitan Tea Company, Ltd. (a private non-governmental party) certifies that Metropolitan Tea Company, Ltd. does not have a parent corporation nor does it have any affiliates, subsidiaries or related companies that are publicly held.

Date: November 19, 2007

JENNER& BLOCK LLP
By: s/ Gianni P. Servodidio
Gianni P. Servodidio (GPS0713)
Elizabeth Valentina (EV4345)
919 Third Avenue
New York, New York 10022
(212) 891-1600
(212) 891-1699

*Counsel for Defendant,
Metropolitan Tea Company, Ltd.*

13383.2

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 19, 2007 I served the foregoing **Rule 7.1 Statement** upon the following counsel in the following manners:

**VIA USPS First Class Mail, E-Mail, and the ECF System:**
*Chad A. Schiefelbein*
*David Edmund Bennett*
*Jared Christian Jodrey*
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601
(312) 609-7500
Fax: (312) 609-5005
Email: cschiefelbein@vedderprice.com
Email: dbennett@vedderprice.com
Email: jjodrey@vedderprice.com

*Marie Anne Tieri*
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
(212) 407-7700
Fax: (212) 407-7799
Email: mtieri@vedderprice.com

**VIA USPS First Class Mail and E-Mail:**
*John H. Eickmeyer*
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th floor
New York, NY 10019
(212) 407-7700
Fax: (212) 407-7799

*Attorneys for Plaintiff.*

                        Respectfully submitted,

                        **Metropolitan Tea Company, Ltd.**

                        s/ Elizabeth Valentina
                        *Attorney for Defendant.*