UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODUM USA, INC.,

                 Plaintiff,

-against-

METROPOLITAN TEA COMPANY LTD.,

                 Defendant.

Case No. 07-CV-7455 (DLC)

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 20th day of November, 2007, I caused a copy of the **Notice of Initial Pretrial Conference, individual practice rules for Judge Denise Cote, and the United States District Court, Southern District of New York, Procedures for Electronic Case Filing** to be served by electronic mail and by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within this State, addressed to the following:

    Elizabeth Valentina, Esq.
    Jenner & Block LLP
    919 Third Avenue, 37th Floor
    New York, NY 10022
    evalentina@jenner.com
    *Attorneys for Defendant Metropolitan Tea Company Ltd.*

                                            _____
                                               Francine Tormey

NEWYORK/#186208.1