```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BODUM USA, INC.,                        :
                                        :   07 CIV. 7455 (DLC)
                    Plaintiff,          :
                                        :   PRETRIAL
          -v-                           :   SCHEDULING ORDER
                                        :
METROPOLITAN TEA COMPANY, LTD.,         :
                                        :
                    Defendant.          :
----------------------------------------X
```

*USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 12-21-07*

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on December 14, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **February 15, 2008.**

2. No additional parties may be joined or pleadings amended after **February 29, 2008.**

3. The parties are instructed to contact the chambers of Magistrate Judge Gorenstein prior to **June 12, 2008** in order to pursue settlement discussions under his supervision.

4. All fact discovery must be completed by **September 26, 2008.**

5. Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **October 10, 2008.** Defendant's identification of experts and disclosure of expert testimony must occur by **October 31, 2008.**

6. All expert discovery must be completed by **November 14, 2008.**

7. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by **December 19, 2008**
   - Opposition served by **January 23, 2009**
   - Reply served by **February 6, 2009**

       At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

8.   In the event no motion is filed, the Joint Pretrial Order must be filed by **December 19, 2008**.

       As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         December 20, 2007

                                  _____
                                       DENISE COTE
                            United States District Judge