UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ -X
: 
BODUM USA, INC.,                                : 07 CIV. 7455 (DLC)
                                                : (GWG)*
            Plaintiff,                          :
                                                : ORDER OF
     -v-                                        : REFERENCE TO A
                                                : MAGISTRATE JUDGE
METROPOLITAN TEA COMPANY, LTD.,                 :
                                                :
            Defendant.                          :
                                                :
------------------------------------------------------------------ -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-21-07
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

\*   Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
             December 20, 2007

                                                             DENISE COTE
                                                United States District Judge