

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODUM USA, INC.,

        Plaintiff,

-against-

METROPOLITAN TEA COMPANY LTD.,

        Defendant.

Case No. 07-CV-7455 (DLC)

**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John H. Eickemeyer, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    David E. Bennett
    Vedder, Price, Kaufman & Kammholz, P.C.
    222 North LaSalle Street, Suite 2600
    Chicago, Illinois 60601-1003
    Telephone Number: (312) 609-7500
    Fax Number: (312) 609-5005

David E. Bennett is a member in good standing of the Bar of the State of Illinois has been since his induction on November 17, 1969.

There are no pending disciplinary proceedings against David E. Bennett in any State or Federal court.

Dated: December 18, 2007
       New York, New York

Respectfully submitted,

By: _____
    John H. Eickemeyer (JE-8302)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

NEWYORK/#186132.1