UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODUM USA, INC.,

          Plaintiff,

    -against-

METROPOLITAN TEA COMPANY LTD.,

          Defendant.

Case No. 07-CV-7455 (DLC)

**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

    Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John H. Eickemeyer, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

        Chad A. Schiefelbein
        Vedder, Price, Kaufman & Kammholz, P.C.
        222 North LaSalle Street, Suite 2600
        Chicago, Illinois 60601-1003
        Telephone Number: (312) 609-7500
        Fax Number: (312) 609-5005

    Chad A. Schiefelbein is a member in good standing of the Bar of the State of Illinois and has been since his induction on November 7, 1996.

    There are no pending disciplinary proceedings against Chad A. Schiefelbein in any State or Federal court.

Dated: December 18, 2007
       New York, New York

                            Respectfully submitted,

                            By: _____
                                 John H. Eickemeyer (JE-8302)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

NEWYORK/#186131.1