UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODUM USA, INC.,

        Plaintiff,

-against-

METROPOLITAN TEA COMPANY, LTD.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

Case No. 07 CV 7455

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND ORDERED that the Complaint in this action be dismissed with prejudice and without attorneys' fees or costs to either party, the parties having settled and resolved all issues and controversies herein.

~~By consent of the parties, the Court shall retain jurisdiction to enforce the Settlement Agreement and Mutual Releases between the parties~~ entered into on June 9, 2008.

_____
David E. Bennett
Jared C. Jodrey
Vedder Price P.C.
222 N. LaSalle, Suite 2400
Chicago, IL 60601
(312) 609-7714
*Attorneys for Plaintiff*

_____
Gianni P. Servodidio
Elizabeth Valentina
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022
(212) 891-1600
*Attorneys for Defendant*

ORDERED:

_____
United States District Judge

Dated: June 16, 2008